# United States Bankruptcy Court

## District of Massachusetts

| | |
|---|---|
| In re<br><br>CAROL ANN DELSONNO<br><br>Debtor | Chapter 13<br>Case No. 12-42725-HJB |

### ORDER OF DISMISSAL

Due to the failure of the Debtor to file an amended Chapter 13 plan, as required by this Court's Order dated January 22, 2013, the above-named case is hereby dismissed.

By the Court,

*/s/ Henry Jack Boroff/*

Dated: February 25, 2013

Henry J. Boroff
United States Bankruptcy Judge

Copy to:  Debtor
Debtor's Counsel
U.S. Trustee
Chapter 13 Trustee